UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOANNE BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:16-CV-42-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 25]. Plaintiff's motion for judgment on the pleadings [D.E. 20] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 22] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on August 17, 2017, and Copies To:**
Jonathan Blair Biser                                   (via CM/ECF electronic notification)
Mark J. Goldenberg                                   (via CM/ECF electronic notification)

DATE:                                                       PETER A. MOORE, JR., CLERK
August 17, 2017                                       (By) /s/ Nicole Briggeman
                                                                 Deputy Clerk