IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:16-CV-42-D

JOANNE BROWN,                                )
                                             )
            Plaintiff,                       )
                                             )
v.                                           )
                                             )
NANCY A. BERRYHILL,                          )
   Acting Commissioner of Social Security,   )
                                             )
            Defendant.                       )
_____)

## ORDER FOR PAYMENT OF ATTORNEY FEES

The Court hereby awards Plaintiff $2,625.73 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

In addition, the Court hereby awards Plaintiff $400.00 for court costs.

SO ORDERED. This __13__ day of December 2017.

                                                JAMES C. DEVER III
                                                Chief United States District Judge