UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JOANNE BROWN,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>NANCY A. BERRYHILL, Acting Commissioner  )<br>of Social Security,  )<br>  Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:16-CV-42-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby awards Plaintiff $2,625.73 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiffs attorney ifthere is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiffs attorney. In addition, the Court hereby awards Plaintiff $400.00 for court costs.

**This Judgment Filed and Entered on December 14, 2017, and Copies To:**
Jonathan Blair Biser                              (via CM/ECF electronic notification)
Mark J. Goldenberg                               (via CM/ECF electronic notification)

DATE:                                            PETER A. MOORE, JR., CLERK
December 14, 2017                        (By) /s/ Nicole Briggeman
                                                  Deputy Clerk